UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Case No. 3:20-cv-03213 SEM TSH

DEBORAH LAUFER, individually,
    Plaintiff,

v.

CHAMPAIGN HOTEL VENTURES, LLC,
d//ba Comfort Inn & Suites Lincoln
    Defendant.
_____/

## NOTICE OF SETTLEMENT

Plaintiff hereby gives notice to the Court that the Parties have reached an amicable resolution in the above matter. The Parties will finalize and file papers necessary to dismiss this action with prejudice, which they reasonably expect to do within twenty days from the date of this Notice. Accordingly, the Plaintiff respectfully requests that the Court vacate all currently set dates and deadlines, with the expectation that a Notice of Dismissal with Prejudice as to all claims and all parties will be filed within twenty days.

Dated this 18th day of January, 2021.

Respectfully Submitted,

Attorneys for Plaintiff

Kathy L. Houston, Esq., Of Counsel
THOMAS B. BACON, P.A.
15321 S. Dixie Highway, Suite 205
Miami, FL 33157
Tel: 305-420-6609
Fax: 786-441-4416
Email: CourtDocs@HoustonLawFL.com

By: _____/s/ *Kathy L. Houston*_____.
Kathy L. Houston, Esq.

**CERTIFICATE OF ELECTRONIC FILING AND SERVICE**

I hereby certify that the foregoing document is being served this 18th day of January, 20212, on all counsel of record via the Court's CM/ECF system.

                                                  /s/   *Kathy L. Houston*
                                                  Kathy L. Houston, Esq.