IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| DEBORAH LAUFER, | ) |
| Plaintiff, | ) ) ) |
| -vs- | ) No. 20-cv-3213 |
| CHAMPAIGN HOTEL VENTURES, LLC, | ) ) ) |
| Defendant. | ) |

## ORDER FOLLOWING REPORT OF SETTLEMENT

**TOM SCHANZLE-HASKINS, U.S. MAGISTRATE JUDGE:**

This case has been reported as settled by the Plaintiff. See Notice of Settlement (d/e 5). The parties are hereby directed to file with the Court, within thirty-five (35) days of the date of this order, a stipulation of dismissal and a proposed dismissal order.  All timetables and scheduled hearings in this case are cancelled and pending motions are moot until further order. If a stipulation of dismissal is not filed within 35 days, the parties are directed to file a status report with the Court.

ENTERED:    January 19, 2021

___s/ Tom Schanzle-Haskins_____
TOM SCHANZLE-HASKINS
UNITED STATES MAGISTRATE JUDGE