UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Case No. 3:20-cv-03213 SEM TSH

DEBORAH LAUFER, individually,
    Plaintiff,

v.

CHAMPAIGN HOTEL VENTURES, LLC,
d//ba Comfort Inn & Suites Lincoln
    Defendant.
_____/

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(B), the parties hereby jointly stipulate to a dismissal of the above-captioned action, including all claims therein, with prejudice, each party to bear her/its own attorney's fees.

Dated this 16th day of February, 20021.

| | |
|---|---|
| */s/ Kathy L. Houston* | */s/ Jeffery M. Wilday* . |
| Kathy L. Houston, Esq. | Jeffery M. Wilday, Esq. |
| Email: courtdocs@houstonlawfl.com | Email: jwilday@bhslaw.com |
| THE HOUSTON LAW FIRM, P.L. | BROWN, HAY & STEPHENS, LLP |
| 15321 S. Dixie Highway, Suite 205 | 205 S. Fifth Street, Suite 1000 |
| Miami, Florida 33157 | P. O. Box 2459 |
| Tel: 305-420-6609 – Fax 786-441-4416 | Springfield, IL 62705-2459 |
| | Tel: 217-544-8491 |
| Attorneys for Plaintiff | Attorneys for Defendant |